

# NUMBER 13-24-00378-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF F. B., A CHILD

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF NUECES COUNTY, TEXAS

### MEMORANDUM OPINION

**Before Justices Longoria, Tijerina, and Peña**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on appellant's unopposed motion to dismiss appeal. Appellant mother notes that after filing a notice of appeal on July 30, 2024, she filed a motion for new trial in the trial court, which motion was granted on August 23, 2024.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1) (allowing the Court to "dismiss the

appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled"). Accordingly, we grant the motion to dismiss, and we dismiss the appeal. The court will tax costs against the appellant. *See id.* R. 42.1(d). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
12th day of September, 2024.